COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-061-CV

IN THE INTEREST OF T.R.R., A CHILD

----------

FROM THE 322
ND
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant Kenneth W. Hunter’s “Motion To Withdraw” his notice of appeal.  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, 
for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  HOLMAN, GARDNER, and WALKER, JJ. 

DELIVERED:  April 5, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.